UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br>    Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION |
| vs. | : <br> : | NO. 14-6140 |
| GREGORY A. HANCLE,<br>    Defendant | : <br> : <br> : | |
| and | : <br> : | |
| NISSAN MOTOR ACCEPTANCE CORP., and NICOLE HANCLE,<br>    Interested Parties | : <br> : <br> : | |

**O R D E R**

**AND NOW,** this 21st day of July, 2016, upon consideration of the plaintiff's motion for judgment on the pleadings (Document #16), and any responses thereto, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff is under no duty or obligation pursuant to the policy of automobile insurance issued to Defendant Gregory Hancle to provide any coverage under the policy to Defendant Gregory Hancle, Interested Party Nicole Hancle, and/or Interested Party Nissan Motor Acceptance Corporation for any claims for coverage stemming from the February 2, 2014 automobile vehicle accident in Brooklyn, New York.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.